DAWN M. CONKLIN, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C
80 North Main Street, P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON
MEDFORD DIVISION

DIRECTV, LLC, a California limited liability company,

    Plaintiff,

v.

SHEUNG NG and NANCY NG, Individually, and as officers, directors, shareholders, and/or principals of NEW FAR EAST, INC., d/b/a NEW FAR EAST RESTAURANT, a/k/a NEW FAR EAST,

and

NEW FAR EAST, INC., d/b/a NEW FAR EAST RESTAURANT, a/k/a NEW FAR EAST,

    Defendants.

Civil Action No.:   1:13-CV-01313-CL

Plaintiff, DIRECTV, LLC, has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court that Plaintiff hereby dismisses its complaint, in its entirety, against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

- 1 -

Dated: September 20, 2013
      Ellenville, NY

    DIRECTV, LLC

    By: /s/Dawn M. Conklin
    DAWN M. CONKLIN, ESQ.
    Attorney for Plaintiff
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    80 North Main Street : P.O. Box 351
    Ellenville, NY   12428
    Telephone:   (845) 647-8500
    Facsimile:    (845) 647-6277
    Email: Legal@signallaw.com
    *Our File No.   ES11-16OR-01B*

    /s/Michael A. Cox
    MICHAEL A. COX, ESQ.
    Oregon State Bar ID Number 93507
    Law Office of Michael A. Cox
    7420 S.W. Bridgeport Road, Ste. 101
    Tigard, OR 97224
    Telephone: (503)443-2100
    Facsimile: (503)328-7996
    Email: mcox@mcoxlegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of September 2013, the undersigned served the foregoing document by Regular Mail on the following:

| | |
|---|---|
| SHEUNG NG | NANCY NG |
| 3817 Sherwood Park Drive | 3817 Sherwood Park Drive |
| Medford, OR 97504 | Medford, OR 97504 |

    NEW FAR EAST, INC., d/b/a NEW FAR EAST RESTAURANT, a/k/a NEW FAR EAST
    Registered Agent: Sheung Ng
    236 North Front Street
    Medford, OR 97501

    /s/Dawn M. Conklin
    DAWN M. CONKLIN, ESQ.